IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **FUTURE LINK SYSTEMS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**REALTEK SEMICONDUCTOR CORPORATION,**<br><br>*Defendant.* | Civil Action No. 6:21-cv-00363-ADA |

## ORDER REGARDING DISCOVERY DISPUTE

This Court, having considered the dispute raised by Defendant Realtek Semiconductor Corporation ("Defendant") during the April 7, 2022 discovery dispute submission by email.

Realtek sought to change the designation of an agreement from "Confidential – Outside Attorneys' Eyes Only" to only "Confidential" so that Realtek's in-house counsel can evaluate it for purposes of supporting a motion for attorney's fees.

The Court hereby ORDERS that Defendant's request to compel Future Link Systems to change its confidentiality designation of the agreement from "Confidential – Outside Attorneys' Eyes Only" under the Court's OGP to allow disclosure to Realtek's in-house counsel, subject to the redaction of certain specified terms, is DENIED. After in-camera review of the document at issue, the Court finds that the document's relevance is plain on its face, and the Court sees little or no value that Defendant's in-house counsel can add to the motion for fees. Defendant's outside counsel should be fully capable of using the document to make its argument for fees without in-house analysis.

2

Signed this 2nd day of May, 2022.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES MAGISTRATE JUDGE

Case 6:21-cv-00363-ADA   Document 63   Filed 05/02/22   Page 2 of 2